IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| 200 WEST PARTNERS LIMITED PARTNERSHIP, | ) ) | Case No. 10-30940 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**FINAL REPORT AND ACCOUNTING FOLLOWING**
<u>**CONVERSION OF CHAPTER 11 PROCEEDING**</u>

200 West Partners, the debtor in the above-captioned bankruptcy case for its final report concerning the Chapter 11 portion of this case, states:

ADMINISTRATIVE EXPENSES PAID § 507(a)(1)

| | | | |
|---|---|---|---|
| 1. | Trustee's Commissions | $ | 0.00 |
| 2. | Accountant's Fees | $ | 0.00 |
| 3. | Auctioneer's fees | $ | 0.00 |
| 4. | Appraiser's Fees | $ | 0.00 |
| 5. | Attorney Fees for Creditors' Committee | $ | 0.00 |
| 6. | Attorney Fees for Trustee | $ | 0.00 |
| 7. | Attorney Fees for Debtor | $ | 0.00 |
| 8. | Other Attorney Fees | $ | 0.00 |
| 9. | Fees paid to US Trustee | | <u>$ 13,325.00</u> |
| TOTAL (Lines 1 thru 9) | | | $ 13,325.00 |

TOTAL REVENUES        $1,675,339.22

TOTAL DISBURSEMENTS   $1,736,284.69

NET                  $ (60,945.47)

1. In whose possession are the books and records?

    Aura Real Estate and Management, Inc.
    407 S. Dearborn St., Suite 600
    Chicago, IL 60605

2.   In which bank is the debtor in possession's account located?

   JPMorgan Chase Bank – Acct 0000029922105375
   Balance on Date of Conversion - $79.15

November 15, 2011                    **200 WEST PARTNERS LIMITED PARTNERSHIP**

                         By:   /s/ Gregory J. Jordan
                               One of its Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan, Kowal & Apostol LLC
55 West Monroe Street, Suite 3600
Chicago, IL 60603-5026
(312) 854-7181 (Telephone)
(312) 276-9285 (Facsimile)
Counsel for the Debtor