IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7 Proceeding** |
| **200 WEST PARTNERS LIMITED** ) | |
| **PARTNERSHIP,** ) | **Case No. 10-30940** |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF FILING

Please Be Advised that on November 15, 2011, 200 West Partners Limited Partnership filed with the United States Bankruptcy Court for the Northern Division of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois its Final Report and Accounting Following Conversion of Chapter 11 Proceeding, a copy of which is attached hereto.

**200 WEST PARTNERS LIMITED
PARTNERSHIP**

By:  /s/ Gregory J. Jordan
       One of Its Attorneys

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Local Bankruptcy Rule 9013-3(D), service of the Final Report and Accounting Following Conversion of Chapter 11 Proceeding on all persons identified as Registrants in this adversary proceeding was accomplished through the Court's Electronic Notice for Registrants before 5:00 p.m. on November 15, 2011.

/s/ Gregory J. Jordan
Gregory J. Jordan

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan, Kowal & Apostol LLC
55 West Monroe Street, 36th Floor
Chicago IL 60603
(312) 854-7181 (Telephone)
(312) 276-9285 (Facsimile)